# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| NEAL ALVIN POWELL, | ) |
| Plaintiff, | ) Civil Action No. 15-233 |
| v. | ) ORDER |
| UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 28th day of March, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE